UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SHAW, PERELSON, MAY & LAMBERT, LLP,

                              Plaintiff,          Case No. 13-CV-8494 (NSR)

        -against-

FIDELITY BROKERAGE SERVICES LLC,
FIDELITY INVESTMENTS INSTITUTIONAL
SERVICES COMPANY, INC., and FIDELITY
INVESTMENTS OPERATIONS COMPANY, INC.,

                              Defendants.
-------------------------------------------------------------X

### STIPULATION TO DISMISS IMPROPERLY NAMED FIDELITY DEFENDANTS & ADD PROPER PARTIES DEFENDANT

        Upon counsel's representation that the following named defendants are not proper parties to this litigation, the parties agree to dismiss the following defendants without prejudice:   Fidelity Brokerage Services, LLC; and Fidelity Investments Institutional Services Company, Inc. (the "Dismissed Entities").

        The parties hereto also agree that Fidelity Management Trust Company ("FMTC") should be joined as a defendant.  FMTC and Fidelity Investments Institutional Operations Company, Inc. ("FIIOC"), an entity already named as a defendant but incorrectly named "Fidelity Investments Operations Company, Inc." in the caption, hereby represent that they are the proper parties to this litigation.

        Further, FMTC and FIIOC stipulate that they will assume any liability attributable to actions, errors or omissions of the Dismissed Entities.  FMTC and FIIOC also warrant that they are adequately funded, viable entities capable of assuming any financial liability of the Dismissed Entities on account of the claims asserted in the above-captioned matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2013

The parties hereto agree that the Complaint shall be amended to conform to the terms stipulated herein.

For Plaintiff:
SCOLARO, FETTER, GRIZANTI,
MCGOUGH & KING, P.C.

507 Plum Street, Suite 300
Syracuse, New York 13204
Phone: (315) 471-8111
*Attorneys for Plaintiff*

Dated: December ___, 2013          By: _____
                                            Chaim J. Jaffe

For Defendants:
JACKSON LEWIS P.C.

One North Broadway, 15th Floor
White Plains, NY 10601
Phone: (914) 328-0404
Fax: (914) 328-1882
FrankelM@jacksonlewis.com
*Attorneys for Defendants*

*Of Counsel*
Charles F. Seemann III
Charles.Seemann@jacksonlewis.com
Jessica L. Marrero
Jessica.Marrero@jacksonlewis.com
650 Poydras Street, Suite 1900
New Orleans, LA 70130
Phone: (504) 208-1755
Fax: (504) 208-1759

Dated: December 17, 2013          By: _____
                                            Michael A. Frankel

SO ORDERED THIS 18 DAY
OF DECEMBER, 2013.

_____  12/18/13
Honorable Nelson S. Román